AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Northern District of California

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| Ratha Yin | ) |
| Amanda Yin, and | ) |
| Steven Mavromatis | ) |
| | ) |
| | ) |

Case No. 3-21-mj-71481 MAG

*Defendant(s)*

> **FILED**
>
> Sep 16 2021
>
> SUSAN Y. SOONG
> CLERK, U.S. DISTRICT COURT
> NORTHERN DISTRICT OF CALIFORNIA
> SAN FRANCISCO

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___July 10 to October 16, 2020___ in the county of ___Alameda___ in the ___Northern___ District of ___California___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. secs 1341, 1343, 1349 | Conspiracy to commit mail and wire fraud |

This criminal complaint is based on these facts:

See attached Affidavit of FBI Special Agent Scott W. Medearis

☑ Continued on the attached sheet.

Approved as to form **/s/ Frank J. Riebli**
　　　　　　　　　AUSA FRANK J. RIEBLI

**/s/ Scott W. Medearis**
*Complainant's signature*

FBI Special Agent Scott W. Medearis
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by phone.

Date: ___September 16, 2021___

*Judge's signature*

City and state: ___San Francisco, CA___

Hon. Sallie Kim, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT**

I, Scott W. Medearis, a Special Agent of the Federal Bureau of Investigation ("FBI"), being duly sworn, depose and state the following:

## I.     INTRODUCTION AND PURPOSE OF THE AFFIDAVIT

1.      I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigation of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516.

2.      I make this affidavit in support of an application for a criminal complaint and arrest warrants for RATHA Yin, AMANDA Yin, and Steven MAVROMATIS[1] (collectively, the "**Target Subjects**").  For the reasons set forth below, and based on my training, experience, and familiarity with the subjects in this investigation, I submit that there is probable cause to believe that the **Target Subjects** are involved in a fraudulent scheme to obtain CARES Act unemployment insurance payments to which they are not entitled, in violation of 18 U.S.C. §§ 1341, 1343, and 1349.

3.      The statements contained in this affidavit are based on my own investigation, my training and experience as a law enforcement agent, information provided to me by or through other law enforcement agents, investigators and individuals with knowledge of this matter, and through my review of documents related to this investigation.  This affidavit summarizes such information in order to show that there is probable cause to obtain the requested complaint and arrest warrants.  This affidavit does not purport to set forth all of the evidence gathered to date in this investigation, or to name all of the persons who participated in these crimes.

///

---

[1]      Since several of the subjects of this investigation share a surname, I use first names for those persons throughout this affidavit to differentiate them.

## II.     AFFIANT BACKGROUND

4.      I am a Special Agent of the FBI and have been so employed since April 2009.  I attended and graduated the FBI Academy in Quantico, VA.  During my 20 weeks at the Academy, I received training on federal criminal procedure and investigative techniques to include interviewing witnesses and subjects, physical and electronic surveillance, data analysis, undercover operations, and human source development and operation, among others.

5.      After the Academy, I was assigned to the San Francisco Field Division where I have investigated financial crimes and public corruption.  I have been the lead case agent on more than 50 such investigations.

6.      In my investigative experience I have personally conducted hundreds of interviews, debriefed and operated several human sources, installed and monitored electronic surveillance devices such as pole cameras and GPS tracking devices, planned and executed undercover operations, obtained and executed search and arrest warrants and monitored Title-III wire intercepts.

## III.     APPLICABLE LAW

7.      The mail and wire fraud statutes, 18 U.S.C. §§ 1341 and 1343, make it unlawful to use the mail or interstate wire or radio to transmit any writings, signs or signals in furtherance of a scheme to defraud or obtain money or property by false pretenses.  It is unlawful to conspire to commit mail or wire fraud.  Id. § 1349.

## IV.     BACKGROUND ON EDD

8.      I know from my experience that the federal Coronavirus Aid, Relief, and Economic Security Act of 2020 ("CARES Act") allocated $270 billion dollars in unemployment insurance funds meant for those who had lost their jobs due to the economic slow-down resulting from the coronavirus pandemic.  In California, the Employment Development Department ("EDD") administers the distribution of CARES Act unemployment insurance funds.

9.      According to the EDD's website, persons seeking unemployment insurance can submit claims online, by phone, mail, or fax.  If they submit a claim online, then they must create an online account.  Once they create an account, they receive an email to confirm the account creation and give them instructions on how to certify their continuing need for benefits.  If they do not submit a claim online, they receive a letter in the mail with instructions on how to create the online account in order to certify payments.  Further, when the EDD issues unemployment insurance benefits under this program, it contracts with Bank of America which sends the recipient a pre-loaded Bank of America debit card with a set cash balance.  I know that one common form of EDD fraud is that a person submits a claim in another person's name and then keeps the benefits.

10.      In a release dated February 11, 2021, the EDD reported that it had received over 20 million claims for unemployment benefits to that point.  It also reported that it was taking steps to address fraudulent applications.  The EDD reported that it had suspended about 1.4 million applications toward the end of 2020 because of concerns about fraud.  Although it said that about 388,000 had since been processed and paid, it also said that at least half of the persons the EDD emailed about their claims never responded.

## V.      FACTS ESTABLISHING PROBABLE CAUSE

### A.      Initiation of Investigation

11.      Centinela State Prison ("CSP") is a state prison located in Imperial County, in the Southern District of California and operated by the California Department of Corrections & Rehabilitation ("CDCR").

12.      On October 16, 2020, Correctional Officer ("CO") Parkhill was assigned to the Investigative Services Unit at CSP.  In the course of executing his duties that day, CO Parkhill conducted a search of cell B1-234.  This cell was jointly assigned to inmates RATHA Yin and his cellmate.  During a search of RATHA's person, CO Parkhill discovered an LG cell phone in his pants pocket.  CO Parkhill also discovered two SD cards concealed in a deodorant bottle

inside the cell and a second LG cell phone concealed inside a book inside the cell.

13.     Cellular phones and memory storage devices such as SD cards are considered contraband in California state prisons.  The California Code of Regulations, 15 C.C.R. § 3006 ("Contraband") provides, in part, that "Inmates shall not possess or have under their control any wireless communication device accessory and/or component including, but not limited to, a Subscriber Identity Module (SIM) card, memory storage device, battery, wired or wireless headset, and charger, except as expressly authorized by the Secretary, pursuant to subsection 3190(k)(8)."  Neither RATHA nor his cellmate were authorized to have a cellular phone or an SD card.  Accordingly, I believe the LG cell phones and the SD cards seized from RATHA's person and from the cell on October 16, 2020, were contraband devices.  CDCR officers subsequently forensically processed the phones and the SD cards and downloaded their contents, including images, videos, emails, and text messages sent on multiple applications.  These extractions were later provided to the FBI.

14.     CO Parkhill reviewed the contents of the SD cards and discovered hundreds of images of Bank of America debit cards, screen shots of websites containing various individuals' personally identifying information ("PII"), screenshots of the EDD website showing names of these individuals and associated claim numbers and screen shots of Bank of America's website showing various records related to these individuals.  The photos below are examples of these types of photos.  They have been edited to remove PII.  The first photo appears to be a screenshot from the state of Pennsylvania's Department of Corrections inmate locator showing information related to an inmate named ███████████.  The second image appears to be a screenshot from a website named "Robocheck" and lists PII for ███████████.  I know that Robocheck is a dark web marketplace on which users can buy an individual's PII for as little as three dollars.  The third image appears to be a screenshot from the EDD website showing confirmation of a claim filed in an individual's name.  The fourth image is of an EDD debit card issued by Bank of America in an individual's name.



15.     CO Parkhill compiled a list of all the names and debit card numbers he could identify in the photos.  The list contained approximately 214 unique individuals and/or debit card numbers.  CO Parkhill forwarded the list to the EDD for analysis.  EDD Investigator Ramirez conducted that analysis.

### B.     Analysis of EDD and Bank of America Records

16.     I know from conversations I've had with EDD investigators that when an individual files a claim for unemployment insurance benefits through the EDD, they need to provide an address.  I also know that when an individual files their claim through the EDD's website, the EDD captures the IP address used by the applicant at the time the claim is filed.

17.     When EDD Investigator Ramirez received the list from CO Parkhill, she queried EDD systems to identify the claims associated with the 214 individuals on the list.  This query also identified all of the physical addresses and IP addresses associated with the 214 claims.  Investigator Ramirez then expanded the data set in two ways.  First, she queried EDD systems to locate all other claims that used a physical address also used by at least one of the 214 individuals identified by CO Parkhill.  Second, she queried EDD systems to locate all other claims that were filed using the IP addresses that were used to file at least one of the claims filed

by the 214 individuals identified by CO Parkhill.  These queries expanded the data set of claim information to approximately 473 unique claims.

18.     Of these approximately 473 claims, approximately 93 received no benefits.  The claims were denied for a variety of reasons ranging from incomplete applications to being flagged by EDD for signs of fraud.  That left approximately 380 claims.

19.     Investigator Ramirez then requested records from Bank of America related to each of the remaining approximately 380 claims.  I have reviewed many of these records and know they show identifying information for each claimant, including the claimant's name, date of birth, last four digits of Social Security Number, physical address, mailing address(es), phone number (if provided), debit card numbers and an email address.  Not every Bank of America account has an email address associated with it.  However, if a claimant wants to view information about his EDD benefits debit card online, he must register with Bank of America and provide an email address.  The Bank of America records also show transaction histories, including the dates, locations, and amounts of transactions.  Finally, the Bank of America records show customer service history which may include things like having a debit card PIN number reset or the change of a mailing address.

20.     It should be noted that just because a claim is included in this data set of approximately 380 claims, it does not necessarily mean that the claim is fraudulent.  In certain records I reviewed, a claimant's address of record with Bank of America comported with public records databases and the transactional history of the claimant's prepaid debit card showed reasonable purchases for groceries, gasoline and other daily living expenses as opposed to more suspicious accounts which showed solely large cash withdrawals.  Of the approximately 380 claims in the expanded data set, records for approximately 25 claims fit this description and thus I am not including them in the calculations below.  Finally, records for another 70 claims were either incomplete or inconclusive with respect to whether they indicated fraudulent activity.  They are not included in the calculations either.

21.     Bank of America records for approximately 285 of those claims showed

significant or exclusive cash withdrawals from automated teller machines ("ATMs").  The total amount of cash withdrawn over these approximately 285 claims was about $5,569,000.

22.     It should be noted that I reviewed the second phone seized from RATHA's cell and I believe it to have been used by RATHA's cellmate.  Based on communications I reviewed in that phone, I believe some of these 285 claims were likely fraudulently filed by RATHA's cellmate.  It is possible that RATHA and his cellmate were co-conspirators, and it is also possible that they participated in separate conspiracies.  Further investigative analysis would be required to determine exactly how many and which claims were filed by which conspiracy. However, the conduct discussed more fully below and the associated fraudulent claims and EDD benefits is directly attributable to RATHA and the identified co-conspirators.

23.     As discussed in more detail below, there are additional individuals discussed in communications between RATHA and his co-conspirators that are not included in the data set of 285 EDD claims and for which I have not obtained Bank of America records.  These individuals and the associated financial transactions are not included in the totals listed here.  However, I believe these additional individuals represent additional fraudulent claims filed and benefits obtained by RATHA and his co-conspirators.

24.     I know from communications I've had with EDD representatives that Bank of America mails the prepaid debit cards associated with EDD benefits from processing centers located in Texas, Illinois and Florida.  Thus, I believe that based on the information below, each card mailed related to the claims and co-conspirators listed discussed below establishes an instance of mail fraud.

25.     I know from communications I've had with EDD representatives, that when the EDD transmits unemployment insurance claims data regarding who to pay and how much to pay them, the data is first transmitted to Bank of America servers located in Santa Clara County, CA. In order to process the debit cards, Bank of America then transmits that data to its Visa processing partner who uses servers in Virginia and Colorado.  Thus, every EDD unemployment insurance benefit payment causes an interstate wire communication originating from the

Northern District of California.

**C.    WhatsApp Conversations between RATHA and MAVROMATIS**

26.    I reviewed the contents of the cell phone extractions discussed above.  The phone seized from RATHA's person (the "RATHA phone") listed a stored credit card with RATHA named as its user.  The RATHA phone contained several images that appeared to be screen captures of a video call with a face that resembles RATHA in the lower right-hand corner. Based on my experience, when a user conducts a video call, the user's face is usually shown in a smaller window on the screen.  Telephone number (442) 615-0284 was stored as a contact in the RATHA phone with the name of "Wifey."  This contact had a photo of a female I recognize from her California driver's license as AMANDA Yin, RATHA's wife.  Furthermore, the number stored for the contact "Wifey" is the sole phone number listed for a bank account held in AMANDA's name at Altura Credit Union.  Based on these facts, I believe the cell phone CDCR officers seized from RATHA was his phone and that he was using it.

27.    In my review of the RATHA phone extraction, I found several conversations between RATHA and others that were conducted on various messaging applications, including WhatsApp.  According to its website, WhatsApp offers "fast, simple, secure messaging and calling for free, available on phones all over the world."

28.    One such conversation was between RATHA and phone number (510) 674-7192 which is saved in the RATHA phone as a contact under the name "Lil Bro."  The message timestamps show that the conversation occurred intermittently from October 2, 2020, through October 16, 2020.  AT&T records show that Steven MAVROMATIS was the financially liable party of telephone number (510) 674-7192 from September 23, 2017, until December 25, 2020. Records from UPS Store #6088 located at 1250-A Fairmont Drive in San Leandro, CA show that box #249 was rented to MAVROMATIS on July 10, 2020.  In connection with that UPS box, MAVROMATIS provided his California driver's license as identification and also provided a contact number of (510) 674-7192.  Based on this information, I believe MAVRTOMATIS was the user of (510) 674-7192 at the time of the WhatsApp conversation with RATHA.

29.     In the conversation, RATHA and MAVROMATIS had several exchanges that I believe relate to the filing of fraudulent unemployment insurance claims through EDD and the collection of those benefits.  The following exchange occurred on October 4, 2020, between approximately 12:57 a.m. and 1:02 a.m.:

RATHA:              send me all the names to it so i can update my notes and change the address

MAVROMATIS:   Ok hold up I'll send the name rn



RATHA:              I dont have these

MAVROMATIS:   Is there a way you can find out the info
- [ ]                       $5,451
- [ ]              $11,470
- [ ]              $20,060
- [ ]              $5,454
- [ ]        $3,428
- [ ]              $2,467
- [ ]              $6,463
- [ ]        $4,470
- [ ]              $5,379
- [ ]              $7,470
- [ ]              $6,195
- [ ]                $6,120
- [x]              $6,660
- [x]              $12,561

RATHA:              Naw i deleted and trashed my notes when they came search..
                     Unless u have ALL the email u helped make

MAVROMATIS:   Yeah I have all the emails
                     But it's like 250 emails lmao
                     But fuck I'll log in all them to see rn

RATHA:              Login to all em thru the edd site. Pw to all of em arr :
                     Moneyteam1!

MAVROMATIS:   ♂

RATHA:              If u want

MAVROMATIS:   Ok

RATHA:              Thats too much for me.. Lol

MAVROMATIS:   Lmao ima do it
                     So I can get the recerts

RATHA:              From now on b4 u recert.. Check the profile address.. Cuz im
                     changin em and gonna try and trow em off

MAVROMATIS:   Ohh ok I was doing that on some of em

RATHA:              Juat do all the ones u.. ███ n ███ got if u get to it.. Ima take care
                     of the rest

30.     Based on my training and experience and my knowledge of the facts of this case, I

believe that in the above exchange, RATHA was asking MAVROMATIS to send the names they had used to file fraudulent unemployment insurance claims with EDD.  I believe that when RATHA said he was "updat[ing]" his "notes" and that he had "trashed [his] notes when they came [to] search," he meant that he had been keeping notes of the names they had used to file fraudulent claims, but that he had destroyed them – so as not to get caught with them – when prison staff came to search his cell.  I have seen images in the download of RATHA's phone that look like pages of handwritten notes with persons' names and PII on them.  Nearly every entry also had an email address associated with it.  I believe that, in this exchange, RATHA was asking MAVROMATIS to send him that information so he (RATHA) could re-construct his notes.

31.     Further, based on my training and experience, I believe that when MAVROMATIS sent the lists of names, he was providing the names he and RATHA had used to file fraudulent unemployment insurance claims with EDD.  I believe that the second list had the names associated with accounts the EDD had approved.  Of the 16 unique names in the second list, I have reviewed records from EDD and Bank of America for five:  ███████████ , ██ ███████ , ████████ , ████████ and ████████ [2]  I reviewed the Bank of America account records for those five individuals.  The balances MAVROMATIS wrote next to each name was the actual balance available on the Bank of America debit cards at the time of this exchange.[3]  Thus, I believe MAVROMATIS had access to the online Bank of America records for each name.

32.     I further believe that when RATHA asked MAVROMATIS for "ALL the emails u helped me make," he meant the email accounts he and MAVROMATIS had created when setting up the fraudulent EDD accounts for each associated name.  I believe that

---

[2]     The other names lack sufficient identifying information to positively identify the individual.

[3]     It should be noted that the balance MAVROMATIS listed for ████████ was $20,060.  However, Bank of America records show the balance at this time was $20,660.  Given the accuracy of the other balances and similarity in this balance, I believe MAVROMATIS simply mistyped the balance, but had full access to the Bank of America records for ████████ 's debit card.

MAVROMATIS's response, "Yeah I have all the emails...But it's like 250 emails lmao," meant that he had created approximately 250 email addresses for this purpose. I believe that RATHA's instruction to "Login to all em thru the edd site" confirms that these emails were part of their EDD fraud scheme. I further believe that RATHA's statement that "Pw to all of em arr : Moneyteam1!" meant that he (or he and MAVROMATIS) had used the same password for all of the fraudulent EDD accounts, and he was providing it to MAVROMATIS to make it easier for MAVROMATIS to access the accounts and obtain the information RATHA had requested.

33.     I believe that when MAVROMATIS said he would do it so he could "get the recerts," he was referring to the periodic EDD requirement that claimants log in to certify they are still eligible to receive benefits. This step is required before EDD will load additional benefits on a Bank of America debit card. I believe this statement indicates MAVROMATIS's intent to continue obtaining CARES Act funds to which he was not entitled. I believe that RATHA's response, that MARVOMATIS should "check the profile address" before he recertified an account because RATHA was changing it to "try and trow em off," meant that RATHA was going to change the addresses associated with the fraudulent claims he and his co-conspirators had used when filing the claims in order to evade detection by the bank or law enforcement.

34.     Finally, I believe the reference to ▓▓ and ▓▓▓ identified other persons involved in the conspiracy. For the reasons discussed below, I believe that "▓▓▓" refers to ▓▓▓▓, and "▓▓▓" refers to ▓▓▓▓▓.

35.     On October 7, 2020, at approximately 5:14 p.m., MAVROMATIS sent RATHA a list of hundreds of emails. The following is just a screenshot from that message that gives a sample of the list. When printed, the list in the message is approximately six pages long.

Headshots@email.com

Headshots41510@outlook.com

Greendot41510@outlook.com

Cargostacks@outlook.com

Montecarlo249@outlook.com

Foureyes41510@outlook.com

Snipershooter510@outlook.com

Snipergang510@outlook.com

Mrgetdough@email.com

Coveryourass510@outlook.com

Gogodancer@mail.com

Howitreallyis510@outlook.com

Howitgoes510@mail.com

Kingshits510@outlook.com

Neversaynever510@outlook.com

Roadrunnin510@outlook.com

Loudpacks510@outlook.com

Tarobobamilktea@outlook.com

Goerstatus510@outlook.com

At the end of the list, the exchange continued as follows:

| | |
|---|---|
| MAVROMATIS: | This all the emails lol |
| | I started from the bottom |
| | I wrote down the names under the email and if needs verification and the ones I Recerted |
| | I only changed a few addys cuz you told me to after I always already going threw em |
| RATHA: | Is that all the email? |
| MAVROMATIS: | All the ones I made yes |

36.     Based on my training and experience, I believe that in this exchange,

MAVROMATIS claimed responsibility for creating hundreds of emails to facilitate the

conspiracy to defraud the EDD and United States of unemployment benefits.

37.     In another exchange on October 4, 2020, MAVROMATIS sent RATHA several

pages of full names, social security numbers, dates of birth, addresses and email addresses.  A

screenshot of a sample of this data is below.  Again, PII has been removed.



Ssn:
Dob:
1250 Fairmont Dr. Unit# 249
San Leandro, Ca. 94578

Marsm9141@gmail.com
Moneyteam1!

Ssn:
Dob:
1250 Fairmont Dr. Unit# 249
San Leandro, Ca. 94578

Antmarsh696@gmail.com
Moneyteam1!

38.     EDD and Bank of America records indicate that claims were filed and paid in both of these individuals' names.  Those records further indicate that approximately $37,000 in cash was withdrawn using debit cards associated with these claims.  Although the emails shown above were not among those MAVROMATIS listed elsewhere in his exchanges with RATHA, the mailing address shown is the mailbox rented by MAVROMATIS as discussed above.[4]

39.     I searched public records databases for information related to ▮▮▮▮▮▮▮▮▮ and ▮▮▮▮▮▮▮▮.  According to those public records, neither ever lived in the state of California.  ▮▮▮▮▮▮▮▮ was incarcerated in Pennsylvania at the time the EDD claim in his name was filed; he was subsequently released in April 2021.  ▮▮▮▮▮▮▮ was not incarcerated at the time of the EDD claim.  Furthermore, I queried phone numbers associated with ▮▮▮▮▮▮▮ and ▮▮▮▮▮▮▮ in the RATHA phone and found no contacts.  Based on this information I believe ▮▮▮▮▮▮▮ and ▮▮▮▮▮▮▮'s PII, specifically,



---

[4]     It should be noted that debit cards for both of the individuals named above were sent to a different PO box initially.  EDD records show that both individuals had their mailing addresses changed to MAVROMATIS's mailbox on August 19, 2020.  It should also be noted that the cash withdrawals for both of the above individuals started on August 19, 2020.  Then, on October 5, 2020, the mailing addresses for both claimants were updated with Bank of America.

their dates of birth, names and social security numbers, were unlawfully used by MAVROMATIS and RATHA to defraud the EDD of unemployment insurance benefits.  I believe ███████████ and ███████████ and are just two examples of hundreds of unlawful uses of PII to defraud the EDD of unemployment insurance benefits.

40.     Although analysis of the financial and EDD records is not complete, based on my review of Bank of America and EDD records to date and as discussed above, I know approximately 91 of the 285 claims included in the data set discussed above, used email addresses that were on the list of email addresses MAVROMATIS claimed to make or were otherwise filed with PII discussed in WhatsApp chats between RATHA and MAVROMATIS. From the benefits paid to those 91 claims, approximately $1,903,229.00 was withdrawn in cash.

**D.     WhatsApp Conversations Between RATHA and Other Co-Conspirators**

41.     I have also reviewed WhatsApp conversations between RATHA and a contact stored as "Neff," who used telephone number (510) 506-2234.  Public records associate this telephone number with ██████████.  I reviewed records for the renters of mailbox number 551 at the same UPS Store where MAVROMATIS rented his mailbox.  Those records list ██████ and ██████████ as the renters.  Based on the age difference and a pattern of shared addresses in public records, I believe ██████ is ████████ son.  I reviewed CDCR information that identified ████████ as RATHA's brother.  Based on the shared last name and close ages of ██████ and ██████████, I believe they are either siblings or spouses; thus I believe ██████ is RATHA's nephew which correlates with the contact name in RATHA's phone of "Neff."

42.     On October 2, 2020, at approximately 7:46 p.m., ██████ and RATHA had the following WhatsApp exchange:

| | |
|---|---|
| HANG: | All cards worked |
| HANG: | ████████ |
| RATHA: | Wsup Neff |
| | 1 day rest works..lol |
| HANG: | I'm thinking that was maybe the case.. but I couldn't be too sure |
| | [photo of six debit cards and receipts] |
| | ████████ and ██████████ is now at $3k |
| RATHA: | Ok. Keep thr ones at 3.. Lmk whem it emptys so i can recert |

43.     Based on my training and experience and my knowledge of the facts of this investigation, I believe that in this exchange, ████ was reporting to RATHA that he (████) had made cash withdrawals from certain cards that may not have worked previously ("1 day rest works..lol").  I believe that when ████ told RATHA that ████ and ████ is now at $3k," he meant that those two accounts had $3,000 left in them.  I believe that RATHA then gave ████ directions about when to withdraw money and when to notify him that it was time to re-certify a card so they could continue to obtain the benefits.

44.     In another exchange on October 7, 2020, at approximately 9:38 p.m., RATHA and ████ discussed additional cards as follows:

████:         Imma just hold em all in case
RATHA:       Which ones was the other ones u had
              Label IRA
              Note it for urself so u know it might be dead
████:

              Along w ████ and ████ [sic]
RATHA:       These still work?
              Aye
              Steven dont be stayin up all night no more
████:         Those r empty coach

45.     Based on my training and experience and my knowledge of the facts of this investigation, I believe that in this exchange, ████ was sending RATHA the names of accounts ████ was using to withdraw funds, and notifying RATHA that he had withdrawn all of the money from them ("Those r empty coach").  I further believe that RATHA's reference to "Steven" means MAVROMATIS, and is an indication that RATHA, MAVROMATIS, and ████ were all involved in the same fraud scheme.

46.     Bank of America records for ████, ████, ████, ████, and ████ show that the EDD paid a total of $134,520 in unemployment

15

insurance to those five accounts.[5]  Approximately $132,919 was withdrawn in cash at ATMs from those accounts.  This amount is separate and apart from the 91 claims associated with emails created by MAVROMATIS (discussed above).  Based on these exchanges (and RATHA's reference to "Steven"), and others I've reviewed, I believe that ▮▮▮▮ conspired with RATHA and MAVROMATIS to fraudulently obtain CARES Act funds from the EDD.

47.     I also reviewed WhatsApp conversations between RATHA and a contact stored in the RATHA phone as "Neff A" and assigned telephone number (510) 292-7318.  I reviewed records for the renter of mailbox number 441 at the same UPS Store where MAVROMATIS and ▮▮▮ and ▮▮▮ rented their mailboxes.  Those records list ▮▮▮▮ as the renter.  The mailbox service agreement listed ▮▮▮'s number as (510) 292-7318.  Furthermore, public records indicate ▮▮▮ had similar shared addresses to ▮▮▮▮ and age differences as between ▮▮▮ and ▮▮▮▮.  Based on this information, I believe ▮▮▮ may also be ▮▮▮▮'s son, thus that the contact name "Neff A" would represent nephew ▮▮▮

48.     ▮▮▮ and RATHA exchanged the following messages via WhatsApp on October 4, 2020:

|          |                                                    |
|----------|----------------------------------------------------|
| ANDY:    | You need pics of all the cards?                    |
| RATHA:   | Just names                                         |
|          | Only the ones thats workin                         |
| ANDY:    | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                    |
|          | First 4 got like 650 in em                         |
|          | The rest 6k                                        |
| RATHA:   | Ima recertify these rn.  Should be anotger 1500 or so |
|          | Lmk whrn the others get close to bein low          |
|          | Sometimes week                                     |
| ANDY:    | I got another 3 cards with 68 bucks in em I think still works |
|          | I just didn't wanna bother with it                 |
| RATHA:   | Which                                              |
| ANDY:    | Until I knew for sure y'all can renew em            |

---

[5]     I have not obtained Bank of America records for the individuals with the last names ▮▮▮, ▮▮▮, ▮▮▮, or ▮▮▮▮ identified in HANG's messages.

RATHA:       Ive been doin em this whole time
             Some of em i deleted on accident tho
             Ima lyk in a bit
ANDY:        Oh ok
             Mb
             Didn't know
RATHA:       How u think money just showed up. Lol
ANDY:        I just cleaned it out last week
             I haven't checked it
             I noticed from the ones I was already pulling lol Steven told me

49.      Based on my training and experience and my knowledge of the facts of this investigation, I believe that in this exchange, ███ first asked if RATHA wanted pictures of the debit cards ███ was using to withdraw fraudulently-obtained funds ("You need pics of all the cards?"), and then when RATHA said he only wanted the names of the accounts that still had EDD funds left in them ("Only the ones thats workin"), ███ provided a list of seven names and reported that the first four accounts only had about $650 left ("First 4 got like 650 in em"), whereas the remaining three had about $6,000 ("The rest 6k").  I believe RATHA's statement that he was going to "recertify these rn [right now]" meant that he was going to log in to EDD's website and make the fraudulent representation to EDD that those supposed account-holders still needed unemployment insurance and that he thought EDD would add another $1,500 ("Should be anotger 1500 or so") to each account for ███ to withdraw.  Furthermore, based on his claims to be doing so, I believe ███ was "pulling," which I believe means using the cards at an ATM to make cash withdrawals, from these cards.  I believe that ███'s statement that he had "another 3 cards with 68 bucks in em" but "didn't wanna bother with it" until he knew that "y'all can renew em," he meant that he had debit cards for still three more accounts and had drained them down to about $68 each, and that he wasn't planning to withdraw any more money until he knew that RATHA could fraudulently re-certify those accounts as well so that the EDD would add more money to them.  I believe that RATHA's statements that "Ive been doin em this whole time," and "How u think the money just showed up. Lol" confirms that he had been doing the recertifications to ensure that the EDD kept adding

money to the accounts that ███ then withdrew on RATHA's behalf.  Finally, I believe that

when ███ said he "noticed from the ones [he] was already pulling lol Steven told me," that

he meant he had noticed that money was being added to the accounts he was using, and that

"Steven," meaning MAVROMATIS, had told him that RATHA was re-certifying the accounts

and that was why more money was appearing in them.  I believe this is a further indication that

RATHA, MAVROMATIS, and ███ were part of the same fraud scheme.

50.    Bank of America records for ███████, ██████, and ███████

show the ███ and ███ debit cards were mailed to ███'s UPS Store mailbox #441,

identified above.  Those records also show that EDD approved a total of $81,360 for those two

debit cards.  Of that amount, $80,455 was withdrawn in cash at ATMs.

**E.    Proceeds**

51.    On October 2, 2020, RATHA messaged ███ and stated "Aye give whatever u

pull today and 2m to steven .. Ima have manda pick it up b4 sheleaves." [sic]  Based on my

training and experience and my knowledge of the facts of this investigation, I believe that in this

message, RATHA was directing ███ to take whatever money he withdrew from fraudulently

obtained EDD cards that day and the next day ("whatever u pull today and 2m [tomorrow]") to

MAVROMATIS ("to steven") so that AMANDA could collect it from MAVROMATIS ("Ima

have manda pick it up b4 sheleaves").

52.    The next day, October 3, 2020, at approximately 3:35 p.m., RATHA and ███

had the following exchange:

> RATHA:    Lmk when those cards u got empty out
> ███:     $47k**
>             Steven had $34k
> RATHA:    Ook
> ███:     Should I give to Manda now
> RATHA:    Just wait til b4 she leave

53.    Based on my training and experience and my knowledge of the facts of this

investigation, I believe that in this exchange, RATHA was directing ███ to notify him when

███ had withdrawn all the EDD funds from the accounts ███ was using ("Lmk when

those cards u got empty out").  I believe that HANG's statements "$47k**" and "Steven had

$34k" meant that he and MAVROMATIS had withdrawn a combined total of $47,000, and that

MAVROMATIS had $34,000 of it.  I further believe that when ███████ asked if he should "give

to Manda now," he was asking RATHA if he should give the money to RATHA's wife,

AMANDA.  I believe that RATHA's response, "Just wait til b4 she leave," meant that RATHA

wanted ████ to maintain possession of the cash until just before AMANDA left.  Earlier in the

day, ████ and RATHA had discussed the fact that AMANDA was shopping at the Livermore

Outlets.  Based on this information, I believe that AMANDA made a trip from her home in

Indio, CA to the Bay Area, for the purpose of, among other things, collecting money fraudulently

obtained from EDD.

      54.    Conversations between RATHA and AMANDA appear to confirm her knowing

participation in the scheme to launder the proceeds of the fraud scheme.  For example, on

October 2, 2020, RATHA had the following conversation with phone number (442) 615 0284,

which was saved in RATHA's phone as "Wifey," and which I believe belongs to AMANDA, for

the reasons stated above:

| | |
|---|---|
| RATHA: | How much do u have? |
| | Cash |
| | Money |
| | Steven got 32 |
| | What u wanna do with that |
| AMANDA: | Up to you |
| RATHA: | You wanna take it back to deposit or leace it |
| | Leave |
| | 10k is monsters |
| | So what u wanna do |
| | Cuz ████ and his bro still pullin |
| | U wanna take whatever they have by the time u go and leave the rest? |
| | Cuz ima have another 60ish comin from Stockton |
| | Cuz I was finna put all 32 in btc |
| | Put that's a lot in one shot |
| | Did u check trezor |

      55.    Based on my training and experience and my knowledge of the facts of this

investigation, I believe that when RATHA asked how much cash AMANDA had, and said that

"Steven got 32," he was referring to the proceeds of the fraud scheme and was asking AMANDA

how much money she had at that moment, and was informing her that MAVROMATIS ("Steven") had another $32,000 for her.  I believe that AMANDA's response, "Up to you," meant that she would do whatever RATHA wanted her to do with it.  I believe that RATHA's question whether she wanted to "deposit" or "leave" it meant they were deciding whether to deposit the money right away or hold it for awhile and deposit it later.  I believe that when RATHA told AMANDA that "███ and his bro still pullin," he meant that ███ and HANG's brother (possibly ███) were still withdrawing money ("pullin") from fraudulently-obtained debit cards.  I further believe that RATHA's use of that slang, "pullin," without explanation, indicates that AMANDA was aware of and involved in the fraud scheme.  I further believe that when RATHA told AMANDA that he had "another 60ish comin from stockton," he meant that co-conspirators in Stockton were going to provide him another approximately $60,000.  I believe that RATHA's statement that he was "finna put all 32 in btc" meant he was considering using all of the $32,000 that MAVROMATIS had to buy some of the cryptocurrency Bitcoin ("btc"), both as a way to hide the money and invest it.  I further believe that RATHA's statement that "thats a lot in one shot" meant that he was concerned that depositing $32,000 in a bank account at one time would generate reports that might catch the attention of law enforcement.

56.     Finally, I believe that when RATHA asked AMANDA if she had "check[ed] trezor," he was referring to a Trezor hardware wallet.  I know from conversations I've had with other law enforcement officers and online research that Trezor is a type of so-called "hardware wallet" that can be used to store cryptocurrencies (such as Bitcoin), logins, passwords, and private keys offline.  I know that persons who invest in and trade cryptocurrencies sometimes prefer to store their currencies offline in so-called "hard wallets" or "cold wallets" so that they are more difficult for criminals or law enforcement to locate and seize, and to prevent those funds from being seized remotely.  I know that the only way to seize funds in a hard wallet is to seize the hard wallet itself and gain access to it through use of the personal PIN number associated with it.  I also know that Bitcoin and hardware wallets have a way for the user to re-construct the wallet if the original Bitcoin wallet and/or hardware wallet is lost, stolen, or seized.

This can be done with a passphrase or a number sequence or sequence of between 12 and 24 so-called "seed words" that users may write down and keep in the event they lose the device they were using to store their cryptocurrency.  Without these passphrases or seed word lists, there is no way to re-construct the wallet if the hardware device is lost, stolen, or seized, and the funds stored in it will be lost forever.  For this same reason, I also know that it is not enough to seize a hardware wallet to seize the funds contained within it, so long as the person still possesses the "seed words."

57.    Additional conversations between RATHA and AMANDA further reflect AMANDA's participation in the scheme.  For example, on October 14, 2020, they had the following exchange:

| | |
|---|---|
| AMANDA: | Oh she scared |
| RATHA: | She fishin |
| AMANDA: | Why you think that |
| RATHA: | Cuz she asked about steven and my sister mailbox n andys |
| AMANDA: | Lmao |
| RATHA: | Lol |
| | How she knows about that |
| AMANDA: | Lmao I'm sure she ask█ and he tell her |
| RATHA: | Prolly but she aint finna get it outta me |
| AMANDA: | Lol frfr |
| | That's what she was doing to me when she asked bout the packages too |
| RATHA: | Lol.. Why would u askin.. Its nonya.. Lol |
| AMANDA: | Lol frfr |
| | Why she wanna know all these things tho |
| AMANDA: | Thats what I wanna kno |
| RATHA: | I think she wanna know because if it comes back to her she got more to say lol |
| | The whole op lol |
| | and she wanna know everyone part |
| | and who gots money |
| | and what they got |
| | she prolyl sees them buying things |

58.    Based on my training and experience and my knowledge of the facts of this investigation, I believe that in this exchange, RATHA and AMANDA were talking about an unknown female acquaintance who was possibly involved in the scheme (or who they had approached about getting involved in the scheme) and who was asking questions about it.  I believe that when RATHA said the woman had "asked about steven and my sister mailbox n

andys" he meant that the woman had asked about the UPS store mailboxes that MAVROMATIS

("steven") and ██████ ("█████") rented to facilitate the fraud scheme.  I believe that RATHA's

statement that he thought "she asks ████ and he tell her," meant that he believed the woman

asked ████████ for information, and that ██████ was providing her some information about

the scheme.  I further believe that when AMANDA said she believed the woman "wanna know

because if it comes back to her she got more to say," and "the whole op," and "she wanna know

everyone part," she meant that the woman was seeking information so that she would have the

ability to negotiate with law enforcement ("if it comes back to her she got more to say") for her

own benefit if the scheme and her involvement in it were discovered.  Finally, I believe that

RATHA's and AMANDA's statements, and the casual tone of their exchange, indicate

AMANDA's knowing involvement in the scheme.

      59.     Although ATM photographs depicting the individuals that physically conducted

the cash withdrawals associated with each account discussed above are still forthcoming, I

believe that much, if not all, of the cash that was withdrawn, was collected and processed by

RATHA's co-conspirators.  I found the following pictures in RATHA's phone and believe they

indicate not only that large amounts of cash were being collected and processed, but that

RATHA was updated on the status of such collection and processing because his face is visible

in the screenshots (in the lower right) of the video calls.

 

60.     In a text exchange between ███ and RATHA on October 4, 2020, RATHA asked "who all at home?" ███ replied "steven ███" and "everyone home."  Based on this exchange, I believe ███, ███ and MAVROMATIS were all together at the time of exchange.  A few minutes later, ███ stated "Ima bout to use his money counter real quick." RATHA responded "Why dont u use stevens? U dont wanna buy it online neff. Feds watch who purchase those." ███ answered "I am using Steven's lol. I'm not buying one."  In this exchange I believe RATHA telling ███ not to purchase a money counter so as to avoid detection by authorities and to use MAVROMATIS's money counter instead.  I also believe ███ confirmed he was in fact using MAVROMATIS's money counter.  While I don't have any information to identify the second party to the video calls with RATHA depicted in the photos above, I believe the photos are indicative of the amounts of cash and the processing of that cash ███ discussed with RATHA in the above WhatsApp communications.  Furthermore, I believe that ███'s statements indicate that MAVROMATIS and ███ were together and participating in the processing of the cash taken from the fraudulent EDD accounts.

61.     I reviewed financial records for bank accounts associated with RATHA, MAVROMATIS, ███, ███, and AMANDA.

62.     A J.P. Morgan Chase bank account ending in -9117 is maintained jointly in RATHA and AMANDA's name.  Between June 6, 2020, and May 24, 2021, the account received approximately 43 cash deposits totaling $49,248.  An Altura Credit Union account ending in -1780 is maintained exclusively in AMANDA's name.  Between June 1, 2020, and February 24, 2021, the account received approximately 64 cash deposits totaling $52,615.00.  A USBank account ending in -8977 is held solely in AMANDA's name.  Between March 31 and July 2, 2021, the account received approximately 12 cash deposits totaling approximately $30,172.  Combined, these three accounts received approximately $132,035.00 in cash deposits.

63.     Based on my review of AMANDA's bank accounts prior to June 1, 2020, I know she had approximately eight cash deposits between January 1, 2020, and May 31, 2020, totaling

approximately $4,304.00 in account -9117 and no cash deposits in Altura account -1780.

64.     I also know from reviewing a mortgage application dated April 15, 2021, and discussed more fully below, AMANDA works as a nurse and is employed by Maxim Health Care Services and earns approximately $4,161 gross monthly income.  Furthermore, bank records for the JPMC account ending -9117 show weekly direct deposits from Maxim indicating that AMANDA is not paid in cash.  Based on this information, I believe AMANDA received proceeds of her husband's scheme to defraud the EDD of unemployment insurance benefits.

65.     The Bank of America account ending in -5202 is maintained exclusively in MAVROMATIS's name.  Between July 11, 2020, and July 12, 2021, this account received approximately 24 cash deposits totaling $32,301.00.

66.     I reviewed EDD records regarding MAVROMATIS's earned wages from January 2019 through June 2021.  These records listed his employer as Bayshore Motor Group and his earned income as $30,185.00 in 2019, $7,965 in the first three months of 2020, $824 in the second three months of 2020 and no further earned income through June 2021.  In the first quarter of 2020, Bank of America account ending -5202 showed bi-weekly direct deposits Bayshore Motor Group in January, February and March 2020 in amounts ranging from approximately $900 to $1,100 which corroborates the information in his EDD records and shows that he did not get paid in cash.  Thus, I believe the cash deposited in his Bank of America account was obtained fraudulently through his participation in RATHA's scheme to defraud the CA EDD of unemployment insurance benefits.

67.     The Bank of America account ending in -5740 is maintained jointly by ████ and ████████.  However, I know from the reviewing the signature card that the tax reporting is assigned to ████'s social security number and he was the only one that had a debit card issued to access the account.  Furthermore, the account was opened on June 8, 2017, approximately two weeks before ████'s 17th birthday.  Based on these facts, I believe ████ was on the account simply because ████ was a minor at the time of opening and that ████ was the sole user of the account in 2020 and 2021.

68.     Between June 30, 2020, and July 8, 2021, there were approximately 21 cash

deposits to ██████'s account totaling $33,552.50. ██████'s account showed bi-weekly direct

deposit payments from Starbucks and later, from a company named Williams Lea, which

according to open source searching, is a temporary staffing company.  The Williams Lea credits

varied between $1,500 and $2,000.  Thus, I believe ██████'s earned income was directly

deposited and he was not paid in cash.  Thus, I believe the cash deposits to be money he obtained

fraudulently through his participation in the RATHA's scheme to defraud the CA EDD of

unemployment insurance benefits.

69.     The Bank of America accounts ending in -6474 and -6500 are maintained

exclusively in ██████'s name.  Between May 14 and July 6, 2021, these accounts received

approximately five cash deposits totaling $7,500.  I reviewed ██████'s EDD unemployment

insurance claim which was filed on April 19, 2020.  In this claim, ██████ stated he lost his job at

UPS due to the pandemic.  In this filing, he listed his employer as United Parcel Service and

provided his income as $19 per hour and his work schedule as 32 hours per week.  Thus, his

gross income was approximately $608 dollars per week.  EDD records showed that this claim

was ultimately denied and that no benefits were ever paid out.  Thus, I believe the cash deposits

to be money he obtained fraudulently through his participation in the RATHA's scheme to

defraud the CA EDD of unemployment insurance benefits.

70.     Notably, nearly all the co-conspirators' deposits were well below currency

threshold reporting requirements.  Furthermore, the deposits have continued and, in some cases,

increased in recent months.  I believe this pattern of cash deposits indicates the co-conspirators

are aware of the currency reporting requirements and furthermore, have waited to deposit their

stolen proceeds so as to distance their deposits from the actual fraudulent activity.

71.     In the meantime, I believe they have kept some of the cash in their residences.

Among the photos from the RATHA phone that I reviewed were several screen shots of

shopping websites showing products that appear to be household items with cavities used for the

purpose of hiding valuables.  Three examples are below.  One appears to a flowerpot with a false

cavity in the bottom.  The second appears to depict a picture frame with space inside to hide items.  And the third appears to depict a series of books that would be place on a bookshelf but with a false back to store items.  While I do not know if any of these items were actually purchased, I do believe it indicates an effort on RATHA's part to find ways to hide money.



72.     In my review of the extraction of RATHA's phone, I also saw pictures of jewelry to include diamond rings and gold chains.

**F.     Money Laundering**

73.     On or about May 6, 2021, AMANDA closed on the purchase of the residence located at 82801 Angels Camp Drive in Indio, CA.  I reviewed escrow, deed, and financial records related to the purchase.  Those records indicate that she bought the house for $391,000, and that she paid approximately $160,000 of the purchase price in cash (meaning, not from a bank loan).  Further, she took title to the home in her name as "a married woman as her sole and separate property."  I believe she took title in this manner, as opposed to holding title jointly with her spouse, RATHA, in an attempt to avoid losing the home should RATHA ever be held to account for his fraud.  Furthermore, escrow documents show that RATHA was expressly removed from the title with a document he signed and was notarized.

74.     Escrow records and loan documents show that of the approximately $160,000 in

funds required to cover the down payment and closing costs, $133,000 were documented as gifts from the following people: $58,000 was a gift from RATHA;[6] $60,000 was a gift from █████████ █████████, who is identified in the documents as AMANDA's brother; and $15,000 was a gift from █████████████████ who is identified in the documents as AMANDA's nephew.  In the signature cards for the bank accounts that sent these "gifts," identified below, the identities as are actually listed as ██████████████████████ for the $60,000 gift and █████████████ ███████████████ for the $15,000 gift.

75.      I know from my training and experience that mortgage and escrow companies verify the sources of funds used to purchase houses and that large cash deposits would not only be disallowed, they would be reported to authorities.  As described more fully below, I believe these "gifts" from RATHA, ██████████████████ and █████████████, were actually some of the laundered proceeds of the scheme to defraud CA EDD.

76.      I reviewed bank records for 1st Bank account ending in -7288 owned jointly by ███████████████ and ██████████████; I do not know if or how ████████████████ and █████████ are related.  Between January 1, 2020, and July 19, 2021, this account received approximately 52 cash deposits totaling $140,561.  Notably, approximately 47 of the cash deposits, totaling $136,561.00 were made after May 14, 2020, after EDD began issuing unemployment insurance benefits, and four cash deposits totaling $4,000 were made between January 1, 2020, and May 14, 2020.

77.      It should be noted that other deposits in the -7288 account include bi-weekly payments averaging $1,500.00 from "Superior Rdy Mix."  These are direct deposits, not cash deposits, indicating that █████████████ does not receive his salary in cash.  According to open source information, Superior Ready Mix is a cement and building materials supply company.  According to bank records I reviewed, ██████████████ is a truck driver.

---

[6]      As noted below, $36,200 came from an account in RATHA's name alone, and the remaining approximately $22,000 came from an account in RATHA's and AMANDA's names. The loan documents indicate the wire would be for $55,000 coming from RATHA.  The escrow documents indicate that RATHA actually contributed $58,000.

According to a credit application related to a vehicle purchase, ███████████ earns approximately $7,500 per month.  I do not know if ███████ is employed, and if she is, whether she is paid in cash, check or via direct deposit.

78.     The same bank records show that on or about August 10, 2020, ███████████ ███ used $71,000.00 in cash to purchase a cashier's check made payable to Audi Rancho Mirage. I have reviewed records from this car dealership and know that ███████████ used this money to purchase a new 2020 Audi Q7, which is a luxury sport utility vehicle.  The cashier's check paid for the vehicle in its entirety.  California Department of Motor Vehicles ("DMV") records show that the Audi was registered in ███████████'s name upon purchase. However, DMV records also show ███████████ sold the Audi to AMANDA on July 6, 2021.  On July 2, 2021, law enforcement officers observed this Audi parked at 82801 Angels Camp Drive in Indio, CA.  DMV records show the Audi was registered in AMANDA's name on August 19, 2021.  Notably, the registration address was in Richmond, CA and is associated with another purported family member.  On August 26, 2021, law enforcement officers again observed this Audi parked at 82801 Angels Camp Drive.  On the same day, they observed AMANDA exit the residence and drive the Audi away.

79.     Based on the above information, and my training and experience, I believe that ███████████ acted as a "straw purchaser" for the Audi; I believe he purchased the vehicle for AMANDA with money AMANDA or other members of the fraud scheme provided him, and that he did so as a way of concealing who was the source of the funds, so as to insulate AMANDA and the other members of the fraud scheme from the documented acquisition of expensive assets and any potential financial reporting that went along with the purchase of the vehicle.  Similarly, I believe that the $60,000 ███████████ wired to the escrow account to support AMANDA's purchase of the house was proceeds of the fraud scheme and that AMANDA or others had given him that money to hold in his accounts for some period in order to conceal the source and true ownership of the money, and attempt to make it appear legitimate.

80.     I reviewed bank records for J.P. Morgan Chase bank accounts ending in -3125, a

28

checking account, and -4794, the savings account from which the $15,000 gift was wired into escrow for the purchase of the house.  Both accounts are maintained exclusively in ███████████'s name.  Between January 1, 2020 and July 23, 2021, ███████████'s accounts collectively received approximately 40 cash deposits totaling $58,780.  It should be noted that only four of these cash deposits, totaling $2,310, were made between January 1 and March 9, 2020, or before the pandemic related CA EDD unemployment insurance benefits began being issued.  The remaining 36 cash deposits, totaling $56,470 were made between May 27, 2020, and July 23, 2021, notably, after the CA EDD unemployment insurance benefits related to the pandemic began being issued.

81.     For the time period of January 2020 through March 2021, the sole source of deposits into the account, aside from IRS payments, money transfer application payments from individuals, and two checks, one in the amount of $7.00 and the second in the amount of $826.31, was cash.  In approximately March 2021, ███████████ started receiving bi-weekly direct deposit payments of approximately $1,000.  The source of the direct deposits was listed as "battery systems payroll."

82.     Based on the above information, I believe AMANDA, or others involved in the conspiracy to defraud EDD, gave ███████████ some, if not all, of the cash that was deposited into his J.P. Morgan bank accounts between May 27, 2020, and July 23, 2021.  I further believe that at least $15,000 of these proceeds was laundered by ███████████ when he wired it to the escrow account to help AMANDA buy the house.

83.     I reviewed records for Ally Bank account number ending in -4450.  This account is held jointly by RATHA and AMANDA.  On March 26, 2021, the balance of this account was $7.88.  Between March 26, 2021, and May 12, 2021, the day $58,000.00 was wired from Ally account -4450 to the escrow account, the Ally Bank account -4450 received approximately $58,070.00 in deposits, none of which were cash deposits.  Of that $58,070, the majority of the funds deposited, $36,200, came as a transfer from an Ally Investment account ending -4840 that

is titled solely in RATHA's name, even though AMANDA took title to the property in her own name and not jointly with RATHA.

## VI.    CONCLUSION AND REQUEST FOR SEALING

84.    Based on the foregoing information, along with my training and experience, I respectfully submit that there is probable cause to believe that RATHA, AMANDA, and MAVROMATIS, as well as others known and unknown, conspired to commit mail and wire fraud, in violation of 18 U.S.C. §§ 1341, 1343, and 1349.  Therefore, I respectfully request that the Court issue a criminal complaint and warrants for their arrest.

85.    Since this investigation is ongoing, disclosure of the Application, Affidavit, Warrant, and Order and the attachments thereto will jeopardize the investigation by apprising the subjects of the existence of the investigation and providing subjects an opportunity to destroy evidence, change patterns of behavior, notify confederates, or flee from prosecution. Accordingly, I request that the Court seal the Application, Affidavit, and Warrant and Order and all attachments, until further Order of this Court, except that the clerk of the Court provide copies to representatives of the United States Attorney's Office for use in this case.


I declare under penalty of perjury that the above is true and correct to the best of my knowledge and belief.

*/s/ Scott W. Medearis*
SCOTT W. MEDEARIS
FBI Special Agent


Sworn to and subscribed before me over the telephone pursuant to Federal Rules of Criminal Procedure 4(d) and 4.1 this 16th day of September, 2021

HON. SALLIE KIM
United States Magistrate Judge