STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

HELEN L. GILBERT (NYBN 4736336)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Helen.Gilbert@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RATHA YIN, <br><br> Defendant. | CASE NO. CR 21-430 YGR <br><br> PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

TO:     The Honorable Jacqueline Scott Corley, United States Magistrate Judge for the Northern District of California

      Assistant United States Attorney Helen L. Gilbert respectfully requests that the Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner RATHA YIN, whose place of custody or jailor are set forth in the requested Writ, attached hereto. RATHA YIN has been an inmate in the California Department of Corrections & Rehabilitation since approximately 2005. The government understands that he is due to be released from prison in March 2022. The grand jury indicted RATHA YIN and two other persons with participating in a fraud and money laundering conspiracy, and also

charged RATHA YIN and one other person with three counts of aggravated identify theft. The other two persons were arrested and have made their initial appearances in this Court. Due to the need to avoid unreasonable delays from waiting for RATHA YIN's release from prison, the government seeks this writ.

    The government asks that the prisoner, RATHA YIN, be required to appear as a defendant in the above-entitled matter in this Court on the date identified in the writ and for all future hearings, and therefore petitioner prays that the Court issue the Writ as presented.

Dated: November 9, 2021

Respectfully Submitted,

STEPHANIE M. HINDS
Acting United States Attorney

        /s/
Helen L. Gilbert
Assistant United States Attorney

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. CR 21-430 YGR