1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  CHRIS KALTSAS (NYBN 5460902)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       Facsimile: (415) 436-7234
        Email:  chris.kaltsas2@usdoj.gov
8

9  Attorneys for United States of America

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,        ) CASE NO. CR 21-0430 YGR
                                      )
14 |     Plaintiff,                   ) RECORDED NOTICE OF LIS PENDENS AS TO
                                      ) REAL PROPERTY COMMONLY KNOWN AS
15 |  v.                              ) 82801 ANGELS CAMP DRIVE, INDIO, CA 92201
                                      ) (APN 692-580-035)
16 | RATHA YIN,                       )
     AMANDA YIN, and                  )
17 | STEVEN MOVROMATIS,               )
                                      )
18                                    )
         Defendants.                  )
19 |_____ )

20
         The United States hereby submits the attached Recorded Notice of Lis Pendens as to Real
21
   Property commonly known as 82801 Angels Camp Drive, Indio, California 92201.
22
   (APN 692-580-035)
23
                                             Respectfully submitted,
24
                                             STEPHANIE M. HINDS
25                                           Acting United States Attorney
   Dated: 11/10/2021
26
                                             _____/S/_____
27                                           CHRIS KALTSAS
                                             Assistant United States Attorney
28

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of

- Recorded Notice of Pendency of Action (Lis Pendens) as to Real Property Commonly Known as 82801 Angels Camp Drive, Indio, CA 92201

to be served this date via United States first class mail delivery upon the person(s) below at the place(s) and address(es) which is the last known address(es):

Amanda Yin
82801 Angels Camp Drive
Indio, CA 92201

Erik Babcock
717 Washington Street, 2nd Floor
Oakland, CA 94607
Attorney for Amanda Yin

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 10th day of November, 2021, at San Francisco, California

_____/S/_____
CAROLYN JUSAY
FSA Paralegal
Asset Forfeiture Unit

RECORDED NOTICE OF LIS PENDENS
CR 21-0430 YGR

| RECORDING REQUESTED BY: | DOC # 2021-0656700 |
|---|---|
| UNITED STATES ATTORNEY'S OFFICE | 11/04/2021 11:53 AM Fees: $59.00<br>Page 1 of 16<br>Recorded in Official Records<br>County of Riverside<br>Peter Aldana<br>Assessor-County Clerk-Recorder |
| **WHEN RECORDED PLEASE MAIL TO:**<br>AUSA CHRIS KALTSAS<br>UNITED STATES ATTORNEY'S OFFICE<br>450 GOLDEN GATE AVENUE, BOX 36055<br>SAN FRANCISCO, CA 94102<br>ATTN: ASSET FORFEITURE UNIT<br><br>(DOCUMENT WILL ONLY BE RETURNED TO NAME & ADDRESS ABOVE) | **This document was electronically submitted to the County of Riverside for recording**<br>Receipted by: MARIA #309 |

(SPACE ABOVE FOR RECORDER'S USE)

NOTICE OF LIS PENDENS AS TO REAL PROPERTY COMMONLY KNOWN AS
82801 ANGELS CAMP DRIVE, INDIO CA 92201
(APN 692-580-035)

**(DOCUMENT TITLE)**

SEPARATE PAGE, PURSUANT TO CA. GOV'T. CODE 27361.6

1 | STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

2

3 | HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

4 | CHRIS KALTSAS (NYBN 5460902)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

7 | Telephone: (415) 436-7200
Facsimile: (415) 436-7234

8 | Email: chris.kaltsas2@usdoj.gov

Attorneys for United States of America

9

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | OAKLAND DIVISION

13

14 | UNITED STATES OF AMERICA,               ) CASE NO. CR 21-0430 YGR
                                              )
15 |     Plaintiff,               ) NOTICE OF PENDENCY OF ACTION
                                              ) (LIS PENDENS) AS TO REAL PROPERTY
16 | v.                                        ) COMMONLY KNOWN AS 82801 ANGELS CAMP
                                              ) DRIVE, INDIO, CA 92201 (APN 692-580-035)
17 | RATHA YIN,                                 )
AMANDA YIN, and                               )
18 | STEVEN MOVROMATIS,                        ) Owner of Record: Amanda Yin
                                              )
19 |                                            )
                                              )
20 |     Defendants.              )
    |_____)

21

22 | NOTICE IS HEREBY GIVEN that an action has been commenced in the above-entitled Court

23 | pursuant to an Indictment, a copy of which is attached hereto as Exhibit A, filed by the United States of

24 | America on November 2, 2021, to secure a judicial forfeiture of real property commonly known as

25 | 82801 Angels Camp Drive, Indio, CA 92201 (APN 692-580-035), and further described in Exhibit B,

26 | which is attached hereto.

27 | //

28 | Notice of Lis Pendens at 82801 Angels Camp Drive
CR 21-0430 YGR

1

1     In the Indictment, plaintiff alleges that the said real property is subject to forfeiture pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and Title 28, United States Code, Section 2461(c) and Rule 32.2 of the Federal Rules and Criminal Procedure.

    The owner of record to the said real property is Amanda Yin, a married woman as her sole and separate property.

DATED: November 3, 2021            Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

*/s/ Chris Kaltsas*
CHRIS KALTSAS
Assistant United States Attorney

Notice of Lis Pendens at 82801 Angels Camp Drive
CR 21-0430 YGR

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of

- Notice of Pendency of Action (Lis Pendens) as to Real Property Commonly known as 82801 Angels Camp Drive, Indio, CA 92201

to be served this date via certified mail delivery and first class mail delivery upon the person(s) below at the place(s) and address(es) which is the last known address(es):

| Amanda Yin<br>82801 Angels Camp Drive<br>Indio, CA 92201 | Erik Babcock<br>717 Washington Street, 2nd Floor<br>Oakland, CA 94607<br>Attorney for Amanda Yin |
|---|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 3rd day of November, 2021, at San Francisco, California

*Carolyn Caparas*
CAROLYN CAPARAS
FSA Paralegal
Asset Forfeiture Unit

Notice of Lis Pendens at 82801 Angels Camp Drive
CR 21-0430 YGR

3

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____San Francisco_____)

On ___November 3, 2021___ before me, ___Craig A. Luckett, Notary Public___
(insert name and title of the officer)

personally appeared ___Chris Kaltsas___,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature ___Craig Luckett___ (Seal)

CRAIG A. LUCKETT
Notary Public - California
San Francisco County
Commission # 2303489
My Comm. Expires Aug 30, 2023

# EXHIBIT A

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: OAKLAND

FILED

Nov 02 2021

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

RATHA YIN,
AMANDA YIN, and
STEVEN MAVROMATIS,

DEFENDANT(S).

---

# INDICTMENT

18 U.S.C. § 1349 – Conspiracy to Commit Mail and Wire Fraud;
18 U.S.C. § 1028A – Aggravated Identity Theft;
18 U.S.C. § 1956(h) – Conspiracy to Launder Proceeds of a Fraud Scheme;
18 U.S.C. §§ 982(a)(1), 981(a)(1)(C), and
28 U.S.C. § 2461 – Criminal Forfeiture

---

A true bill.

*/s/ Foreperson of the Grand Jury*
　　　　　　　　　　　　　　　　　　　　Foreman

Filed in open court this  2nd  day of  November 2021.

　　　　　*Ada Means*　　　　Ada Means
　　　　　　　　　　　　　　　　Clerk
*Jacqueline Scott Corley* — Hon. Jacqueline Scott Corley
Magistrate Judge　　　Ratha Yin - Bail: No Bail
　　　　　Bail, $　Amanda Yin – Bail: No Process
　　　　　　　　　　Steven Mavromatis – Bail: No Process

| | |
|---|---|
| 1 | STEPHANIE M. HINDS (CABN 154284)<br>Acting United States Attorney |
| 2 | |

FILED

Nov 02 2021

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 4:21-cr-00430 YGR |
|---|---|
| Plaintiff, | ) |
| | ) VIOLATIONS: |
| | ) 18 U.S.C. § 1349 – Conspiracy to Commit Mail and |
| v. | ) Wire Fraud; |
| | ) 18 U.S.C. § 1028A – Aggravated Identity Theft; |
| RATHA YIN, | ) 18 U.S.C. § 1956(h) – Conspiracy to Launder |
| AMANDA YIN, and | ) Proceeds of a Fraud Scheme; |
| STEVEN MAVROMATIS, | ) 18 U.S.C. §§ 982(a)(1), 981(a)(1)(C), and |
| | ) 28 U.S.C. § 2461 – Criminal Forfeiture |
| Defendants. | ) |
| | ) OAKLAND VENUE |
| | ) |

## INDICTMENT

The Grand Jury charges:

<u>Introductory Allegations</u>

At all times relevant to this Indictment, except where otherwise stated:

1. The federal Coronavirus Aid, Relief, and Economic Security Act of 2020 ("CARES Act") allocated $270 billion dollars in unemployment insurance funds meant for those who had lost their jobs due to the economic slow-down resulting from the coronavirus pandemic. In California, the Employment Development Department ("EDD") administered the distribution of CARES Act unemployment insurance funds. Persons serving prison sentences were ineligible to receive CARES Act unemployment insurance funds. Persons who were not residents of California were not eligible to

INDICTMENT 1

receive CARES Act unemployment insurance funds through the EDD.

2. Persons seeking unemployment insurance could submit claims to the EDD online or by phone, mail, or fax. If a person submitted a claim online, he was required to create an online account, and this required the use of an email address. Once the person created the account, he received an email to confirm the account creation and give him instructions on how to periodically certify his continuing need for benefits. If a person did not submit a claim online, he received a letter in the mail with instructions on how to create the online account in order to certify payments. When the EDD issued unemployment insurance benefits under this program, it contracted with Bank of America, which sent the recipient a pre-loaded Bank of America debit card with a set cash balance.

3. The EDD transmitted unemployment insurance claims data regarding whom to pay and how much to pay to Bank of America servers located in Santa Clara County, California. In order to process the debit cards, Bank of America then transmitted that data to its Visa processing partner, which used servers in Virginia and Colorado. The pre-loaded debit cards were then sent by U.S. mail to the recipients from processing centers located in Texas, Illinois, and Florida.

4. M.P.M. was an inmate in state prison in Pennsylvania. J.B. was an inmate in state prison in Ohio. R.B. was an inmate in state prison in Florida. Neither M.P.M., nor J.B., nor R.B. was eligible for CARES Act unemployment insurance benefits through the EDD.

The Scheme

5. RATHA Yin was an inmate housed in the California State Prison at Centinela, in Imperial, in the Southern District of California.

6. AMANDA Yin resided in Indio, in the Central District of California.

7. Steven MAVROMATIS resided in San Leandro in the Northern District of California.

8. RATHA, MAVROMATIS, and others known and unknown to the Grand Jury, obtained and used the means of identification of other persons and used that information to submit fraudulent claims to the EDD for unemployment insurance. MAVROMATIS and others rented mailboxes at a UPS Store in San Leandro, California and used those boxes, and used other addresses in the Northern District of California and elsewhere, to receive the debit cards sent to them through the mail. MAVROMATIS and others then used the debit cards to withdraw CARES Act funds in cash.

INDICTMENT 2

9. As an example, the co-conspirators submitted a claim in J.B.'s name. EDD approved the claim and loaded a total of $27,390 onto a debit card sent to an address in San Leandro, California. The co-conspirators withdrew $27,295 of that money in cash from automated teller machines ("ATMs"). Similarly, the co-conspirators submitted a claim in M.P.M.'s name. EDD approved the claim and loaded a total of $24,060 onto a debit card sent to an address in San Leandro, California. The co-conspirators withdrew $18,006 of that money in cash from ATMs. MAVROMATIS created at least 280 email accounts that he and RATHA used to submit the fraudulent claims.

10. AMANDA collected the cash that MAVROMATIS and other co-conspirators obtained from ATMs and deposited it, or caused it to be deposited, into her own and others' bank accounts in order to conceal the source, ownership, and control of the funds. She then conducted further transactions, or caused others to conduct further transactions, with those funds, including wire transfers, to obtain personal and real property and discharge debts.

11. MAVROMATIS and RATHA used cellular telephones to communicate by voice and text message in order to coordinate their activities and the activities of their co-conspirators, and in order to obtain the means of identification they used to submit fraudulent claims.

12. As part of the scheme, RATHA and MAVROMATIS obtained, possessed, and used the means of identification for M.P.M., J.B., and R.B., as well as many others, in order to submit fraudulent claims in their names to the EDD.

COUNT ONE: 18 U.S.C. § 1349 (Conspiracy to Commit Mail and Wire Fraud)

13. Paragraphs 1 through 12 are realleged as if set forth here in full.

14. Beginning on a date unknown to the Grand Jury, but at least as early as June 6, 2020, and continuing through at least September 21, 2021, both dates being approximate, in the Northern District of California and elsewhere, the defendants,

                          RATHA YIN,
                        AMANDA YIN, and
                    STEVEN MAVROMATIS,

and others known and unknown to the Grand Jury, did knowingly conspire and agree with each other to devise, intend to devise and participate in a scheme and artifice to defraud as to a material matter, and to

obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and by concealment of material facts, and, for the purpose of executing such scheme and artifice and attempting to do so, did cause correspondence to be delivered through the U.S. Mail, and did transmit, and cause to be transmitted, by means of wire communication in interstate and foreign commerce, certain writings, signs, signals, pictures, and sounds, in violation of 18 U.S.C. §§ 1341 and 1343.

All in violation of 18 U.S.C. § 1349.

COUNT TWO:	18 U.S.C. § 1956(h) (Conspiracy to Launder Proceeds of Fraud Scheme)

15. Paragraphs 1 through 12 are realleged as if set forth here in full.

16. Beginning on a date unknown to the Grand Jury, but no later than June 6, 2020, and continuing through at least September 21, 2021, both dates being approximate, in the Northern District of California and elsewhere, the defendants,

RATHA YIN,
AMANDA YIN, and
STEVEN MAVROMATIS,

and others known and unknown to the Grand Jury, did knowingly combine, conspire, and agree with each other to conduct and attempt to conduct financial transactions affecting interstate and foreign commerce or which involve the use of a financial institution the activities of which affected interstate or foreign commerce, which transactions involved the proceeds of a specified unlawful activity, that is mail fraud and wire fraud, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of that specified unlawful activity, and that while conducting and attempting to conduct such financial transactions knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, all in violation of 18 U.S.C. §§ 1956(a)(1)(B)(i).

All in violation of 18 U.S.C. § 1956(h).

COUNT THREE:	18 U.S.C. § 1028A(a)(1) (Aggravated Identity Theft)

17. Paragraphs 1 through 12 are realleged as if set forth here in full.

INDICTMENT	4

18. On or about October 4, 2020, the defendants,

RATHA YIN, and
STEVEN MAVROMATIS,

did knowingly possess, use, and transfer, without lawful authority, the means of identification of another person, M.P.M., specifically, M.P.M.'s Social Security Number and date of birth, during and in relation to a felony violation of 18 U.S.C. § 1349, knowing that the means of identification belonged to another actual person, as described in Count One of this Indictment, in violation of 18 U.S.C. § 1028A(a)(1).

COUNT FOUR:   18 U.S.C. § 1028A(a)(1) (Aggravated Identity Theft)

19. Paragraphs 1 through 12 are realleged as if set forth here in full.

20. On or about October 4, 2020, the defendants,

RATHA YIN, and
STEVEN MAVROMATIS,

did knowingly possess, use, and transfer, without lawful authority, the means of identification of another person, J.B., specifically, J.B.'s Social Security Number and date of birth, during and in relation to a felony violation of 18 U.S.C. § 1349, knowing that the means of identification belonged to another actual person, as described in Count One of this Indictment, in violation of 18 U.S.C. § 1028A(a)(1).

COUNT FIVE:   18 U.S.C. § 1028A(a)(1) (Aggravated Identity Theft)

21. Paragraphs 1 through 12 are realleged as if set forth here in full.

22. On or about October 4, 2020, the defendants,

RATHA YIN, and
STEVEN MAVROMATIS,

did knowingly possess, use, and transfer, without lawful authority, the means of identification of another person, R.B., specifically, R.B.'s Social Security Number and date of birth, during and in relation to a felony violation of 18 U.S.C. § 1349, knowing that the means of identification belonged to another actual person, as described in Count One of this Indictment, in violation of 18 U.S.C. § 1028A(a)(1).

///

| | |
|---|---|
| 1 | FORFEITURE ALLEGATION: (18 U.S.C. § 982(a)(1); 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)) |

The allegations contained in this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. §§ 981(a)(1) and 982(a)(1).

Upon conviction for the offense set forth in Count Two of this Indictment, the defendants,

RATHA YIN,
AMANDA YIN, and
STEVEN MAVROMATIS

shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(1), all property, real or personal, involved in said violations, or any property traceable to such property, including, but not limited to:

    a. Any and all personal electronics, including, but not limited to, laptop computers, desktop computers, and mobile phones involved in the conduct alleged in Count Two; and

    b. The real property known as 82801 Angels Camp Drive, Indio, California 92201, located in Riverside County, California, and associated with Assessor's Parcel Number 692-580-035.

Upon conviction for the offense set forth in Count One of this Indictment, the defendants,

RATHA YIN,
AMANDA YIN, and
STEVEN MAVROMATIS

shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), all property, real or personal, which constitutes or is derived from proceeds traceable to such violations, including, but not limited to, a forfeiture money judgment as well as the real property known as 82801 Angels Camp Drive, Indio, California 92201, located in Riverside County, California, and associated with Assessor's Parcel Number 692-580-035.

If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

1           e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(a)(1); and 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

All pursuant to 18 U.S.C. §§ 982(a)(1) and (b)(1), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED: November 2, 2021                                       A TRUE BILL.

*/s/ Foreperson of the Grand Jury*
FOREPERSON

STEPHANIE M. HINDS
Acting United States Attorney

*/s/ Frank J. Riebli*
FRANK J. RIEBLI
Assistant United States Attorney

INDICTMENT                                           7

# EXHIBIT B

## LEGAL DESCRIPTION

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

Parcel 1:

Lot 213 of Tract No. 32402, in the City of Indio, County or Riverside, State of California, as per that tract Map recorded in Book 402, Pages 70 through 89 inclusive of Maps, in the office of the County recorder or Riverside County.

Exception therefrom such easements described in the Declaration of covenants, conditions, and restrictions of Sonora Wells, recorded June 16, 2006 as Instrument No. 2006-437896 official records and the Map of record referenced above, and such other easements as may be of record as of the date hereof.

Parcel 2:

A non-exclusive easement for vehicular and pedestrian ingress, egress and access in, over, through and across the private street commonly known as gore street, pursuant to that certain Declaration establishing easements, maintenance and cost sharing obligations (gore street agreement) recorded in the office of the county recorder of Riverside County, California on May 30, 2006 as Instrument No. 2006-390360, official records.

Parcel 3:

A non-exclusive easement, in common with other owners, for ingress, egress, use and enjoyment, over, in, to, and throughout the association property described in the Declaration of covenants, conditions and restrictions of Sonora Wells, subject to the limitations set forth therein, which easement is appurtenant to the Lot described above.

APN: **692-580-035**