| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 8 mins. | |
|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>Ivy Lerma Garcia | | RECORDED IN ZOOM<br>1:15-1:23 | |
| MAGISTRATE JUDGE<br>DONNA M. RYU | | DATE<br>12/7/21 | | NEW CASE ☐ | CASE NUMBER<br>CR-21-0430-YGR |
| **APPEARANCES** | | | | | |
| DEFENDANT<br>RATHA YIN (by Video) | AGE | CUST<br>YES | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Jeff Bornstein (prov. appointed) | PD. ☐ RET. ☐<br>APPT. ☒ |
| U.S. ATTORNEY<br>Daniel Pastor for Helen Gilbert | | INTERPRETER | | FIN. AFFT ☐<br>SUBMITTED | COUNSEL APPT'D ☐ |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Carolyn Truong | | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | PARTIAL PAYMENT ☐<br>OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR BY ZOOM VIDEO CONFERENCE

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☒ | INITIAL APPEAR<br>HELD 5 mins. | ☐ | PRELIM HRG | ☐ | MOTION | ☐ | JUGM'T & SENTG | ☐ | STATUS<br>TRIAL SET |
| ☒ | I.D. COUNSEL<br>HELD 1 min. | ☒ | ARRAIGNMENT<br>HELD 2 mins. | ☐ | BOND HEARING | ☐ | IA REV PROB.<br>or S/R | ☐ | OTHER |
| ☐ | DETENTION HRG | ☐ | ID / REMOV HRG | ☐ | CHANGE PLEA | ☐ | PROB. REVOC. | ☐ | ATTY APPT<br>HEARING |

### INITIAL APPEARANCE

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☒ | ADVISED OF RIGHTS | ☒ | ADVISED OF CHARGES | ☐ | NAME AS CHARGED IS TRUE NAME | ☐ | TRUE NAME: |

### ARRAIGNMENT

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | ARRAIGNED ON INFORMATION | ☒ | ARRAIGNED ON INDICTMENT CTS. 1-5 WITH FORFEITURE ALLEGATION | ☐ | READING WAIVED SUBSTANCE | ☐ | WAIVER OF INDICTMENT FILED |

### RELEASE

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐ | RELEASED ON O/R | ☐ | ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | | SPECIAL NOTES | | ☐ PASSPORT SURRENDERED DATE: |

| PROPERTY TO BE POSTED<br>☐ CASH $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☒ | MOTION FOR DETENTION | ☐ | PRETRIAL SERVICES REPORT | ☐ | DETAINED | ☐ RELEASED | ☐ | DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ CONSENT ENTERED | ☒ NOT GUILTY AS TO ALL CTS. AGAINST HIM | ☐ GUILTY | | GUILTY TO COUNTS: ☐ | | |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | | OTHER: | | |

### CONTINUANCE

| TO:<br>12/14/21 | ☒ CONFIRM ATTY. APPT. HRG. | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS TRIAL SET |
|---|---|---|---|---|
| AT:<br>1:00 p.m. | ☒ SUBMIT FINAN. AFFIDAVIT | ☐ STATUS RE: PRELIM. HRG./ ARRAIGNMENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON.<br>D. M. RYU | ☒ STATUS RE: DETENTION | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

Deft. waived his personal appear. & consented to proceed by video conf. All parties appeared by Zoom video conf. DPPA advisement. Deft's Counsel has a video conf. set up with the Deft. on 12/14/21 at 8:30 a.m. & at that time, Deft's Counsel will decide if the defense will request a Bail study.